JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TA MINH TAN,<br><br>                    Petitioner,<br><br>v.<br>KRISTI NOEM, *et al.*,<br><br>                    Respondents. | Case No. 5:26-cv-01750-AYP<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 21, 2026



_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE